Peajison, J.
 

 We-concur with his Honor, that the alleged irregularities in the manner of holding the election did; not invalidate it, so far as this case was concerned.
 

 The returns,, duly certified, were made by the inspector's. to the Clerk of the County Court, and filed among the records of his office, as required by law.
 

 The County Court, a majority of the acting justices being present,, is the tribunal to. decide all contested elections-
 
 *180
 
 of sheriffs. The validity of the election or any alleged ir-, regularities can only be objected to in a direct proceeding before that tribunal, and cannot be drawn in question in a. collateral manner, as was attempted in this case.
 

 . Per Curiam* Ordered to be certified accordingly.